IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENA C., Individually and on Behalf of A.D.** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **COLONIAL SCHOOL DISTRICT** : | **NO. 15-1914** |

## ORDER

**NOW,** this 20th day of December, 2016, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 13), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

   /s/TIMOTHY J. SAVAGE
TIMOTHY J. SAVAGE,   J.