IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENA C., Individually and on Behalf of A.D.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **COLONIAL SCHOOL DISTRICT** | : | NO. 15-1914 |

## ORDER

**NOW**, this 20th day of December, 2016, upon consideration of the Plaintiff's Motion for Summary Judgment on Defendant's Counterclaim (Document No. 12), the defendant's response and after oral argument, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE
TIMOTHY J. SAVAGE,   J.