# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENA C., Individually and on Behalf of A.D.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COLONIAL SCHOOL DISTRICT** | : | **NO. 15-1914** |

## ORDER

**NOW,** this 20th day of December, 2016, upon consideration of the Plaintiff's Motion for Summary Judgment (Document No. 15), the defendant's response, the plaintiff's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the plaintiff Rena C. and against the defendant Colonial School District in the amount of $7,438.00.

    /s/TIMOTHY J. SAVAGE
TIMOTHY J. SAVAGE,   J.