UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1161
_____

RENA C.,
        Appellant

v.

COLONIAL SCHOOL DISTRICT
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-15-cv-01914)
District Judge: Honorable Timothy J. Savage
_____

Argued October 23, 2017
Before: GREENAWAY JR., NYGAARD and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on October 23, 2017.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered December 20, 2016, be and the same is hereby REVERSED and REMANDED to the District Court to calculate reasonable attorney's fees in accord with 20 U.S.C. § 1415(i)(3)(B)(i) and consistent with this Court's holding that Rena C. was substantially justified in rejecting the ten-day offer under 20 U.S.C. § 1415(i)(3)(E). All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

Attest:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 14, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** June 5, 2018

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**